Form B4
(10/05)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| Amcast Automotive of Indiana, Inc. | § Case No. _____ |
| | § (Chapter 11) |
| Debtor. | § |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed or subject to setoff | Amount of claim [If secured also state value of security) |
|---|---|---|---|---|
| Zhejiang Wanfeng Auto Wheel Co Ltd<br>175 West Nine Mile Road Ste 1200<br>Southfield MI 48075 | Chuck Brazzy<br>Tel 248.557.4140 | Trade | | 989 380.70 |
| Transmetco Corporation<br>1750 E Riverforks Drive<br>Huntington IN 46750 | Drew Heidelhoff<br>Tel 260.355.0089<br>Fax 260.355.0099 | Trade | | 954 770.00 |
| D&R Industries Inc<br>901 Seville Road<br>Wadsworth OH 44281 | Dave Borkowski, Sr.<br>Tel 330.336.2631<br>Fax 330.334.0064 | Trade | | 553,857.16 |
| Ace Companies LLC<br>5534 Greensboro SE<br>PO Box 8711<br>Grand Rapids MI 49518 | Dorie Reed, Sr.<br>Tel 616.532.9774<br>Fax 616.532.9776 | Trade | | 488,306.30 |

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed or subject to setoff | Amount of claim [If secured also state value of security) |
|---|---|---|---|---|
| Grant County Treasurer<br>County Complex<br>401 South Adams Room 229<br>Marion IN 46953<br>765.668.6556 | | Tax | | 327,629.70 |
| Akzo Nobel/Interpon<br>PO Box 91629<br>Cleveland OH 44101-3629 | Tel 216.750.6475<br>Fax 216.750.7575 | Trade | | 325,031.49 |
| Beck Aluminum Corporation<br>300 Allen Bradley Drive<br>Mayfield Heights OH 44124 | Bryan Beck<br>Tel 216.861.4455<br>Fax 216.861.0545 | Trade | | 208,098.94 |
| Production Mold Inc<br>2340 North 34th Drive<br>Phoenix AZ 85009 | Jim Vance<br>Tel 602.278.8722<br>Fax 602.278.8415 | Trade | | 191,929.00 |
| Lacks Wheel Trim Systems<br>26711 Northwestern Highway Ste 250<br>Southfield MI 48034 | Paul Grill<br>Tel 248.945.7358<br>Fax 248.351.0759<br><br>Don Burmeister<br>Tel 616.956.7217 | Trade | | 139,992.60 |
| Quantum Metals Inc<br>8063 Saddlebeck Place<br>Mainville OH 45039 | Mark Kolb<br>Tel 513.573.0144<br>Fax 513.484.0491 | Trade | | 136,381.40 |
| Laurand Associates Inc<br>9 Robin Way<br>Greatneck NY 11021 | Laurence Goldfarb<br>Tel 516.829.8821<br>Fax 516.706.1157 | Trade | | 125,055.99 |
| Tascon<br>2213 Duke Street<br>Indianapolis IN 46205 | Steve Schmidt<br>Tel 317.547.6127<br>Fax 317.542.0779 | Trade | | 96,685.89 |
| Carpenter Industrial Supply (CISCO)<br>3300 Cisco Drive<br>PO Box 743<br>Jackson MI 49204 | Brian<br>Tel 800.292.0860<br>Fax 517.764.0110 | Trade | | 96,188.33 |
| Johnson County Treasurer<br>86 W Court Street<br>Franklin IN 46131<br>Tel 317.736.3711 | | Tax | | 93,244.40 |

**TWENTY LARGEST UNSECURED CREDITORS** - Page 2 of 3
HOUSTON\1686243.1

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed or subject to setoff | Amount of claim [If secured also state value of security) |
|---|---|---|---|---|
| Spraylat Corp<br>PO Box 78429<br>3465 S La Cienga<br>Los Angeles CA 90016 | Tom Klapatch<br>Tel 310.559.2335<br>Fax 310.836.6094 | Trade | | 83,091.36 |
| Intrametco<br>3635 W Washington Blvd<br>Indianapolis IN 46131 | Rob Town<br>Tel 317.931.6063<br>Fax 317.931.6061 | Trade | | 75,712.74 |
| Kuntz Electroplating<br>851 Wilson Road<br>Kitchener Ontario N2C1JL<br>Canada | Robert Kuntz, Jr.<br>Dave Kuntz<br>Tel 519.893.7680<br>Fax 519.893.3421 | Trade | | 64,367.52 |
| Refractory Engineers Inc<br>1750 Midwest Blvd<br>Indianapolis IN 46214 | Leslie Hensley<br>Tel 317.273.2000<br>Fax 317.273.2015 | Trade | | 64,192.72 |
| Toyoda Machinery USA Inc<br>316 W University Drive<br>Arlington Heights IL 60004 | Marianne Zanotti<br>Tel 847.253.0340<br>Fax 847.255.0188 | Trade | | 49,714.08 |
| Automation Specialties Inc<br>1258 Fenot Drive<br>Howell MI 48843 | Al Patterson<br>Tel 517.540.0400<br>Fax 517.540.0375 | Trade | | 49,080.00 |

I, [the president or other officer or an authorized agent of the corporation] [or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list or schedule or amendment or other document (describe) and that it is true and correct to the best of my information and belief.

DATE  11/30/05

Signature

Donald M Maher
(Print Name and Title)   VP- Sales

TWENTY LARGEST UNSECURED CREDITORS - Page 3 of 3
HOUSTON\1686243.1