UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SF01007N (rev 10/2004)

In Re:

Amcast Automotive of Indiana, Inc.
  SSN: NA    EIN: 31−1072876
  dba Amcast Automotive−Fremont Plant, dba WheelTek, dba Amcast Automotive−Gas City, dba CTC, dba Amcast Automotive−Franklin Plant
  Debtor(s)

Case Number:

**05−33322−FJO−11**

## DEFICIENCY NOTICE FOR BANKRUPTCY PETITION

You are hereby notified that your Bankruptcy Petition is incomplete. Required items which have not been filed as of this date are noted below.

List of 20 Larg. Unsec. Cred. due 12/16/2005

You are further notified that unless these items are filed by the due date listed above, or an extension of time to file is properly applied for and granted, your Bankruptcy case will be dismissed immediately without further notice at the expiration of the due date or extended time period.

Dated: December 05, 2005

JOHN A. O'NEAL, CLERK
U.S. BANKRUPTCY COURT