UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AMCAST AUTOMOTIVE OF INDIANA, INC. | ) Case No. 05-33322-FJO 11 |
| | ) |
| | ) |
| | ) |
| Debtor. | ) |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
MEMBERS TO THE UNSECURED CREDITOR COMMITTEE**

Pursuant to 11 U.S.C. Section 1102(a)(1), the undersigned hereby appoints the following members to serve on the Unsecured Creditors Committee:

Dave Borkowski, Sr.
President
D&R Industries Inc.
901 Seville Road
Wadsworth, OH 44281
TEL: (330) 336-2631
FAX: (330) 334-0064
EMAIL: dave.borkowskisr@DRIndustries.com

Dorie Reed, Sr.
Ace Companies LLC
5534 Greensboro SE
P.O. Box 8711
Grand Rapids, MI 49518
TEL: (616) 532-9774
FAX: (616) 532-9776

Stacey Draper
Credit Manager
Akzo Nobel/Interpon
P.O. Box 91629
Cleveland, OH 44101-3629
TEL: (216) 750-7484
FAX: (216) 750-7337
EMAIL: stacey.draper@interpon.com

Stephen E. Schmidt
President
Tascon Corp.
2213 Duke Street
Indianapolis, IN 46205
TEL: (317) 547-6127
FAX: (317) 542-0779

EMAIL: ses@indy.net

Joe Certain
representing Grant County Treasurer
Kiley, Harker & Certain
300 West Third Street
P.O. Box 899
Marion, IN 46952
TEL: (765) 664-9041
FAX: (765) 664-8119
EMAIL: jcertain@kileylaw.net

Carl Bazzy
Zhejiang Wanfeng Auto Wheel Co., Ltd
175 West Nine Mile Road, Suite 1200
Southfield, MI 48075
TEL: (248) 567-4140
EMAIL: cbazzy7188@aol.com

          Respectfully submitted,

          NANCY J. GARGULA
          UNITED STATES TRUSTEE

By   /s/ BETH R. KRAMER
       Trial Attorney

Office of United States Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204
TEL: (317) 226-6101
FAX: (317) 226-6356
EMAIL: Beth.Kramer@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing **APPOINTMENT AND NOTICE OF APPOINTMENT OF MEMBERS TO THE UNSECURED CREDITORS COMMITTEE** was served upon the following by the Bankruptcy Clerk's Electronic Case Filing System or placed in the U.S. Mail, this 12th day of December, 2005:

Dave Borkowski, Sr.  
President  
D&R Industries Inc.  
901 Seville Road  
Wadsworth, OH 44281  

Dorie Reed, Sr.  
Ace Companies LLC  
5534 Greensboro SE  
P.O. Box 8711  
Grand Rapids, MI 49518  

Stacey Draper  
Credit Manager  
Akzo Nobel/Interpon  
P.O. Box 91629  
Cleveland, OH 44101-3629  

Stephen E. Schmidt  
President  
Tascon Corp.  
2213 Duke Street  
Indianapolis, IN 46205  

Joe Certain  
representing Grant County Treasurer  
Kiley, Harker & Certain  
300 West Third Street  
P.O. Box 899  
Marion, IN 46952  

Carl Bazzy  
Zhejiang Wanfeng Auto Wheel Co., Ltd  
175 West Nine Mile Road, Suite 1200  
Southfield, MI 48075  

James P. Moloy  
Dann Pecar Newman & Kleiman, P.C.  
One American Square, Ste. 2300  
Indianapolis, IN 46204  

Jay Jaffe  
Baker & Daniels  
600 E. 96th Street Suite 600  
Indianapolis, IN 46240  

          /S/ BETH R. KRAMER

Office of United States Trustee  
101 West Ohio Street, Suite 1000  
Indianapolis, Indiana 46204  
TEL: (317) 226-6101  
FAX: (317) 226-6356  
EMAIL: Beth.Kramer@usdoj.gov